In the Matter of the Claim of JOHN DUGAN, Respondent, against HASMAN AND BAXT, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 27, 1942; decided June 18, 1942.

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.